UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

--oOo--

|  |  |
|---|---|
| IN RE: ) | Case No. 17-21018-LMI |
| ) | Chapter 13 |
| ALEIDA C. NUNEZ, ) | Miami, Florida |
| ) | March 5, 2019 |
| Debtor. ) | 1:50 p.m. |
| _____) | |

CONTINUED CONFIRMATION
HEARING FILED BY TRUSTEE
NANCY K. NEIDICH [112]

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE LAUREL M. ISICOFF
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:        LAILA S. GONZALEZ, ESQ.
                       10691 N. Kendall Drive
                       Suite 207
                       Miami, FL 33176
                       (305) 826-1774

Audio Operator:        Court Personnel

Transcription Company: Access Transcripts, LLC
                       10110 Youngwood Lane
                       Fishers, IN 46038
                       (855) 873-2223
                       www.accesstranscripts.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

Case 1:19-cv-22175-KMW Document 1-4 Entered on FLSD Docket 06/26/2019 Page 2 of 3
Case 17-21030-LMI Doc 48 Filed 05/15/19 Page 2 of 3

2

1       <u>MIAMI, FLORIDA, MARCH 5, 2019, 1:50 P.M.</u>
2                          --oOo--
3       (Call to order of the Court.)
4           THE COURT:  Page 32, Aleida C. Nunez, confirm third
5  amended plan?
6           MS. GONZALEZ:  Laila Gonzalez on behalf of the
7  debtor.  Proper notice.
8       (Proceedings concluded at 1:50 p.m.)
9                        * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3

# **C E R T I F I C A T I O N**

    I, Ilene Watson, court-approved transcriber, hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____

ILENE WATSON, AAERT NO. 447     DATE: May 15, 2019

ACCESS TRANSCRIPTS, LLC