UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

REVERSE MORTGAGE SOLUTIONS, INC.

    Appellant,

v.                                                        CASE NO.: 1:19-cv-22175-KMW

ALEIDA C. NUNEZ,

    Appellee.
_____/

## REVERSE MORTGAGE SOLUTIONS, INC.'S UNOPPOSED MOTION TO STAY BRIEFING ON APPEAL

Pursuant to Fed. R. Bankr. P. 8013, 8018, and 9006, and Local Rules 87.4(f) and Local Rule 7.1(a)(1)(j), Appellant Reverse Mortgage Solutions, Inc. ("RMS"), requests an unopposed stay of briefing on appeal, as follows:

1.    The above-captioned bankruptcy appeal was docketed with the Court on May 29, 2019 [Dkt. No. 1].

2.    This appeal arises from the same chapter 13 bankruptcy as the pending appeal in Case No. 1:18-cv-22204-KMW (the "Prior Appeal"). Both this appeal and the Prior Appeal involve disputes over the treatment of RMS's reverse mortgage loan in Appellee Aleida C. Nunez's chapter 13 bankruptcy.

3.    On March 12, 2019, the Bankruptcy Court confirmed Appellee's chapter 13 plan, which provided that Appellee could maintain possession of the property at issue without paying RMS in full over the term of the plan. This ruling was premised upon a finding that Appellee is a "Borrower" under the reverse mortgage.

1

4. On March 21, 2019, the Court entered its opinion and order in the Prior Appeal, and held that Appellee was *not* a "Borrower" under RMS's reverse mortgage loan, and remanded for further proceedings. *See Reverse Mortg. Sols., Inc. v. Nunez*, 598 B.R. 876 (S.D. Fla. 2019).

5. RMS filed a timely motion for relief from the confirmation order, arguing that this Court's ruling in the Prior Appeal was controlling and that the Bankruptcy Court should not have confirmed the chapter 13 plan. Notwithstanding the ruling in the Prior Appeal, the Bankruptcy Court denied RMS's motion for relief.

6. RMS appealed the chapter 13 plan confirmation order and the Bankruptcy Court's denial of RMS's motion for relief from the confirmation order, which are the matters before the Court in this appeal.

7. On May 3, 2019, Appellee filed a motion for rehearing in the Prior Appeal (the "Motion for Rehearing"). In particular, Appellee requested that the Court adopt the holding from the Third District Court of Appeal in *OneWest Bank, FSB v. Palmero*, No. 3D14-3114, 2019 WL 1783727 (Fla. Dist. Ct. App. Apr. 24, 2019), affirm the Bankruptcy Court's finding that Aleida Nunez is a "Borrower" under the terms of the reverse mortgage, and affirm the confirmed chapter 13 plan.

8. The parties have completed all briefing on the Motion for Rehearing. As of the filing of this Motion, the Court has not ruled on the Motion for Rehearing.

9. The Court's resolution of the Motion for Rehearing may resolve all or some issues raised in this appeal, or result in a further appeal to the Eleventh Circuit on the issues pending in this appeal. Requiring the parties to prepare and file their merits briefs before the Motion for Rehearing is decided would be inefficient, premature, and result in an unnecessary

expenditure of the limited resources of this Court and of the parties.  Accordingly, RMS requests that the Court stay the parties' deadlines for briefing pending further order of the Court.

10. Counsel for RMS conferred with Appellee's counsel who advised they have no objection to the requested relief.

WHEREFORE, PREMISES CONSIDERED, RMS respectfully requests that the parties' deadlines for filing merits briefs in this appeal be stayed until further order of the Court following its ruling on the pending Motion for Rehearing.

Date: July 9, 2019.

                Respectfully submitted,

    /s/ Edwin G. Rice
    Edwin G. Rice
    Florida Bar No.855944
    erice@bradley.com
    **BRADLEY ARANT BOULT CUMMINGS, LLP**
    100 N. Tampa Street, Suite 2200
    Tampa, FL  33602
    Telephone:  (813) 229-3333/ Fax:  (813) 229-5946

*Attorney for Reverse Mortgage Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF electronic noticing or U.S. Mail on July 9, 2019, to Gianny Blanco, 10647 N. Kendall Drive, Miami, FL 33176, courtdoc@fgbkc.com; Edward Freire, 10647 N. Kendall Drive, Miami, FL 33176; Jacqueline Cisneros Ledon, 4343 W. Flagler Street, Suite 100, Miami, FL 33134, jledon@lsgmi.org; Aleida C. Nunez, 9940 SW 155th Avenue, Miami, FL 33196; Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027, nancy@ch13miami.com; April Harriott, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, aharriott@rasflaw.com; and Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130.

/s/ Edwin G. Rice
Edwin G. Rice
Florida Bar No.855944
erice@bradley.com
**BRADLEY ARANT BOULT CUMMINGS, LLP**
100 N. Tampa Street, Suite 2200
Tampa, FL  33602
Telephone:  (813) 559-5500/ Fax:  (813) 229-5946
*Attorney for Reverse Mortgage Solutions, Inc.*

4